Exhibit B

CT Corporation

**Service of Process Transmittal**
01/03/2019
CT Log Number 534671115

**TO:**     Nikki Brown
            Sharecare, Inc.
            255 E. Paces Ferry Road,, Suite 700
            Atlanta, GA 30305

**RE:**     **Process Served in California**

**FOR:**    Sharecare Health Data Services, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | GREGORIO MONTALVO-SMITH, ETC., PLTF. vs. SHARECARE HEALTH DATA SERVICES, LLC, ETC., ET AL., DFTS. |
| **DOCUMENT(S) SERVED:** | SUMMONS, COMPLAINT, LETTER, NOTICE(S), ATTACHMENT(S) |
| **COURT/AGENCY:** | San Diego County - Superior Court - San Diego, CA<br>Case # 37201800064154CUWTCTL |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination - 08/01/2018 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/03/2019 at 15:47 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | WITHIN 30 CALENDAR DAYS AFTER THIS SUMMONS AND LEGAL PAPERS ARE SERVED ON YOU |
| **ATTORNEY(S) / SENDER(S):** | AMBER L. ECK<br>HAEGGQUIST & ECK, LLP<br>225 Broadway Suite 2050<br>San Diego, CA 92101<br>619-342-8000 |
| **REMARKS:** | The document(s) received have been modified to reflect the name of the entity being served. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/04/2019, Expected Purge Date: 01/09/2019 |
| | Image SOP |
| | Email Notification,  Nikki Brown  nikki@sharecare.com |
| | Email Notification,  Setareh Davoudzadeh  setareh@sharecare.com |
| | Email Notification,  Legal Department  legal@sharecare.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017<br>213-337-4615 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.