Damian P. Richard, Esq. (SBN 262805)
Sessions, Fishman, Nathan & Israel, LLP
1545 Hotel Circle South, Suite 150
San Diego, CA 92108
(619) 758-1891
drichard@sessions.legal

*Attorneys for Defendant.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO MONTALVO-SMITH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SHARECARE HEALTH DATA SERVICES, LLC, a Delaware Corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No.: **'19 CV0223 BEN MDD**<br><br>PROOF OF SERVICE |

CASE NAME: Gregorio Montalvo-Smith v. Sharecare Health Data Services, LLC
CASE NO:

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 1545 Hotel Circle South, Suite 150, San Diego, California 92108. On this date I served the following:

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332(a) and 1441(a); DECLARATION IN SUPPORT**

( )   BY U.S. MAIL

I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( )   BY FEDERAL EXPRESS DELIVERY

I served a true and correct copy of the above-named documents by Federal Express by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the Federal Express location in San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( x )   BY COURT'S CM/ECF ELECTRONIC FILING SERVER

I served on the interested parties in this action through their attorney's, as stated below, who have agreed to accept electronic service in this matter, by electronically filing and serving said documents via the Court's CM/ECF electronic filing server.

>Amber L. Eck, Esq.
>Haeggquist & Eck, LLP
>225 Broadway, Suite 2050
>San Diego, CA 92101

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 31, 2019

Ann M. Coito